AO 91 (Rev. 8/01) Criminal Complaint

# United States District Court

**SOUTHERN**      DISTRICT OF      **TEXAS**

McALLEN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL COMPLAINT** |
| V. | |
| **Christina Alvarez**    *PRINCIPAL* | **Case Number:** |
| **A202 078 100**    YOB:    **1988** | **M-14-1510-M** |
| **United States** | |

Southern District Court
District of Texas
FILED

AUG 0 5 2014

**Clerk of Court**

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about   **August 4, 2014**   in   **Hidalgo**   County, in the   Southern   District of   Texas   defendants(s) did,
*(Track Statutory Language of Offense)*

knowing or in reckless disregard of the fact that Dulce Monica Tapia-Castro and Tomas Hernandez-Lagunes, citizens and nationals of the United Mexican States, along with seven (7) other undocumented aliens, for a total of nine (9), who had entered the United States in violation of law, did knowingly transport, or move or attempts to transport by foot said aliens in furtherance of such violation of law within the United States, that is, from a location near La Joya, Texas to the point of arrest near La Joya, Texas,

in violation of Title   **8**   United States Code, Section(s)   **1324(a)(1)(A)(ii)**   **FELONY**
I further state that I am a(n) **U.S. Senior Border Patrol Agent** and that this complaint is based on the following facts:

On August 4, 2014, the La Joya, Texas Police Department received information from a concerned citizen stating a black Dodge Durango had loaded approximately 9 subjects into the vehicle near 5th Street. Officer R. Gonzalez was on patrol and responded to the area and noticed a vehicle matching the description on 5th Street and Palm Shore Drive travelling towards Expressway 83. Officer Gonzalez observed the passengers were not wearing their seatbelts and conducted a traffic stop on the vehicle. Officer Gonzalez suspected the passengers may be undocumented aliens and Border Patrol was called to assist in the interviews. Agents arrived and interviewed all of the subjects. The driver, Christina Alvarez, was found to be a United States citizen and the 9 passengers claimed to be illegally present in the United States. All of the subjects were then transported for further questioning and processing. After interviewing the subjects, it was determined Christina Alvarez was linked to alien smuggling in this case.

**SEE ATTACHED:**

Continued on the attached sheet and made a part of this complaint:    ☒ Yes    ☐ No

Approved.
AUSA
8-5-14

Sworn to before me and subscribed in my presence,

**August 5, 2014**
Date

Signature of Complainant

**Frediberto Hernandez   Senior Patrol Agent**
Printed Name of Complainant

at    **McAllen, Texas**
City and State

**Dorina Ramos**    , **U. S. Magistrate Judge**
Name and Title of Judicial Officer

Signature of Judicial Officer

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### McALLEN, TEXAS

### ATTACHMENT TO CRIMINAL COMPLAINT:

### M-14-1510-M

**RE:**     **Christina Alvarez**                                         **A202 078 100**

## CONTINUATION:

### Principal Statement:

Christina Alvarez was read her Miranda Rights and agreed to provide a statement. Alvarez stated she had picked up 9 illegal aliens in La Joya, Texas prior to her arrest. She further stated she was hired by two individuals and made arrangements to transport the subjects to McAllen. She had not been paid for transporting yet and was unaware of how much she was going to be paid.

### Material Witness Statements:

Both material witnesses were read their rights and provided a statement. Both were also citizens of Mexico and illegally entered into the United States.

Dulce Monica Tapia-Castro stated she paid a smuggler $900 for her entry into the U.S. After her entry, she stated a dark sport utility vehicle picked her up along with the other 8 subjects she crossed with. The driver instructed them to get situated inside the vehicle and she was on the phone after they boarded. Shortly after, they were pulled over by the police. Tapia-Castro identified Christina Alvarez as the driver of the vehicle she boarded.

Tomas Hernandez-Lagunes stated he paid a smuggler $1,000 for his entry into the U.S. After his entry, he stated all of the subjects ran to the vehicle and jumped in. He further stated he jumped into the back cargo area but saw the driver prior to getting in. Hernandez-Lagunes identified Christina Alvarez as the driver of the vehicle he boarded.